IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**THE KAY COMPANY, LLC,**
**DIANA KILE GREEN,**
**Individually and Attorney-In-Fact**
**for the Heirs of Luther E. Kile,**
**THE H. A. ROBSON TRUST, by**
**EDWIN N. VINSON,**
**Beneficiary & Trustee of the**
**H. A. Robson Trust,**
**DAVID H. DAUGHERTY,**
**Trustee of the H. A. Robinson Trust, and**
**MARY BLAIR V. CHAPUISAT,**
**Beneficiary of the H. A. Robson Trust,**
**H. DOTSON CATHER,**
**Trustee of Diana Goff Cather Trusts,**
**CLYDE EMERSON MCCLUNG,**
**Individually, and**
**JAMES E. HAMRIC, III,**
**Individually,**

       Plaintiffs,

v.                                                                                              Case No. 2:06-CV-0612

**EQUITABLE PRODUCTION COMPANY,**
**a qualified Pennsylvania corporation,**
**EQUITABLE RESOURCES, INC.,**
**a Pennsylvania corporation;**
**STATOIL NORTH AMERICA, INC.,**
**a Delaware corporation;**
**STATOIL ENERGY, INC.**
**a Virginia corporation;**
**STATOIL ENERGY HOLDINGS, INC.,**
**a Delaware corporation; and**
**ASHLAND OIL, INC.,**
**a Kentucky corporation**

       Defendant.

**STIPULATION OF PARTIES**

Come now Plaintiffs, by counsel, and Defendants, Equitable Production Company and

Equitable Resources, Inc., by counsel, and hereby stipulate and agree that the Defendants,

Equitable Production Company and Equitable Resources, Inc., will have up to and including

April 30, 2007 to file pleadings responsive to the Amended Complaint.

    **Respectfully submitted,**

| **Counsel for Plaintiffs:** | **Counsel for Defendant:** |
|---|---|
| /s/Thomas W. Pettit<br>West Virginia State Bar #2886<br>THOMAS W. PETTIT, L.C.<br>Post Office Box 189<br>Barboursville, West Virginia  25504<br>(304) 736-8700 | /s/Richard L. Gottlieb<br>West Virginia State Bar #1447<br>LEWIS, GLASSER, CASEY & ROLLINS<br>Post Office Box 1746<br>Charleston, West Virginia  25326-1746<br>(304) 345-2000 |
| /s/Marvin W. Masters<br>West Virginia State Bar #2359<br>THE MASTERS LAW FIRM<br>181 Summers Street<br>Charleston, West Virginia  25301<br>(304) 342-3106 | /s/W. Thomas McGough, Jr.<br>*Admitted Pro Hac Vice*<br>/s/Natalie Chetlin Moritz<br>*Admitted Pro Hac Vice*<br>REED SMITH<br>435 6th Avenue<br>Pittsburgh, Pennsylvania  15219<br>(412) 288-3131 |

/s/Michael W. Carey
West Virginia State Bar #635
/s/George M. Scott
West Virginia State Bar #4678
/s/Robert E. Douglas
West Virginia State Bar #1052
CAREY, SCOTT & DOUGLAS PLLC
707 Virginia Street East, Suite 901
Charleston, West Virginia  25301
(304) 345-1234

/s/Scott S. Segal
West Virginia State Bar #4717
Mark R. Staun, Esq.
West Virginia State Bar #5728
THE SEGAL LAW FIRM
810 Kanawha Boulevard, East
Charleston, West Virginia  25301
(304) 344-9100

/s/David J. Romano
West Virginia State Bar #3166
David J. Romano, Esq.
363 Washington Ave.
Clarksburg, WV 26301 - (304) 624-5600