IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

THE KAY COMPANY, LLC, DIANA
KILE GREEN, Individually and
attorney-in-fact for the Heirs of Luther
E. Kile, THE H.A. ROBSON TRUST,
by EDWIN N. VINSON, Beneficiary &
Trustee of the H.A. Robson Trust,
DAVID H. DAUGHERTY, Trustee of the
H.A. Robson Trust, and MARY BLAIR
V. CHAPUISAT, Beneficiary of the H.A.
Robson Trust, H. DOTSON CATHER,
Trustee of Diana Goff Cather Trusts,
CLYDE EMERSON MCCLUNG,
Individually, and JAMES E. HAMRIC III,
Individually,

     Plaintiffs,

v.

EQUITABLE PRODUCTION COMPANY,
a qualified Pennsylvania corporation;
EQUITABLE RESOURCES, INC.,
a Pennsylvania corporation;
STATOIL NORTH AMERICA, INC.,
a Delaware corporation;
STATOIL ENERGY, INC.,
a Virginia corporation;
STATOIL ENERGY HOLDINGS, INC.,
a Delaware corporation; and
ASHLAND OIL, INC.,
a Kentucky corporation,

     Defendants.

CIVIL ACTION NO. 2:06-0612
Honorable Joseph R. Goodwin

### PLAINTIFFS' MOTION FOR ENLARGEMENT OF PAGE
### LIMIT FOR RESPONSE IN OPPOSITION TO
### DEFENDANT EQUITABLE RESOURCES, INC.'S MOTION TO DISMISS

Come now the plaintiffs, by counsel, and, pursuant to Rules 7.1(a) and (c) of the Local Rules of Civil Procedure of the United States District Court for the Southern District of West Virginia, respectfully move the Court for an enlargement of the page limit for plaintiffs' response in opposition to defendant Equitable Resources, Inc.'s motion to dismiss.

In support of said motion, plaintiffs state the following:

1. On April 30, 2007, defendant filed a Motion to Dismiss Defendant Equitable Resources, Inc. Under Federal Rule of Civil Procedure 12(b)(6) together with a Brief in Support of said Motion as well as accompanying Exhibits.

2. Thereafter, on May 3, 2007, United States Magistrate Judge Mary Stanley entered an Order which, in part, ordered that the parties conduct some limited discovery relevant to such issues and directed the plaintiffs to serve a notice of deposition for designated agent(s) pursuant to Fed.R.Civ.P. 30(b)(6). Said Order also enlarged the time for plaintiffs to submit their response to such motion. Subsequently, on June 6, 2007, another Order was entered by Magistrate Judge Stanley which, in part, further enlarged the time period for plaintiffs' response.

3. The 20 page limit for memoranda in response to motions is insufficient for plaintiffs to fully and adequately respond to the facts and legal issues set forth in defendant's motion to dismiss and supporting brief and exhibits, particularly in light of the documents and information obtained by plaintiffs as a result of their notice for

depositions of Rule 30(b)(6) designated agents which was accompanied by production requests, as well as the limited testimony of the agents actually designated and produced by defendant. (Such testimony was limited due to the inadequate and incomplete knowledge of such witnesses concerning the facts, issues, and documents set forth in plaintiffs' Rule 30(b)(6) Notice; thereby raising additional issues to be briefed.)

4.  Accordingly, plaintiffs respectfully submit that good cause exists for an enlargement of the page limit for plaintiffs' response in opposition to defendant Equitable Resources, Inc.'s motion to dismiss.

Therefore, for all the foregoing reasons, plaintiffs respectfully request that Your Honorable Court grant plaintiffs' motion for enlargement of the page limit for plaintiffs' response in opposition to defendant Equitable Resources, Inc.'s motion to dismiss.

> THE KAY COMPANY, LLC, DIANA KILE GREEN, Individually and attorney-in-fact for the Heirs of Luther E. Kile, THE H.A. ROBSON TRUST, by EDWIN N. VINSON, Beneficiary & Trustee of the H.A. Robson Trust, DAVID H. DAUGHERTY, Trustee of the H.A. Robson Trust, and MARY BLAIR V. CHAPUISAT, Beneficiary of the H.A. Robson Trust, H. DOTSON CATHER, Trustee of Diana Goff Cather Trusts, CLYDE EMERSON MCCLUNG, Individually, and JAMES E. HAMRIC III, Individually
>
> By Counsel

<u>/s/ Marvin W. Masters</u>
West Virginia State Bar # 2359
THE MASTERS LAW FIRM
181 Summers Street
Charleston, WV 25301
(304) 342-3106

Michael W. Carey
West Virginia State Bar # 635
George M. Scott
West Virginia State Bar # 4678
Robert E. Douglas
West Virginia State Bar # 1052
CAREY, SCOTT & DOUGLAS, PLLC
707 Virginia Street East, Suite 901
Charleston, WV 25301
(304) 345-1234

Scott S. Segal
West Virginia State Bar # 4717
Mark R. Staun
West Virginia State Bar # 5728
THE SEGAL LAW FIRM
810 Kanawha Boulevard, East
Charleston, WV 25301
(304) 344-9100

Thomas W. Pettit
West Virginia State Bar #2886
THOMAS W. PETTIT, L.C.
Post Office Box 189
Barboursville, WV  25504
(304) 736-8700

David J. Romano
West Virginia State Bar # 3166
ROMANO LAW OFFICE
363 Washington Avenue
Clarksburg, WV 26301
(304) 624-5600

Counsel for Plaintiffs
f:\5\726\mo002.doc

CERTIFICATE OF SERVICE

      I, Marvin W. Masters, hereby certify that on June 8, 2007, I electronically filed "Plaintiffs' Motion for Enlargement of Page Limit for Response in Opposition to Defendant Equitable Resources, Inc.'s Motion to Dismiss" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

    Richard L. Gottlieb
    Joseph A. Tarantelli
    Lewis, Glasser, Casey & Rollins
    Post Office Box 1746
    Charleston, West Virginia 25326-1746
    rgottlieb@lgcr.com
    jtarantelli@lgcr.com
    Co-Counsel for Defendants, Equitable Production Company and Equitable Resources, Inc.

    Alexander Macia
    Spilman, Thomas & Battle, PLLC
    300 Kanawha Boulevard, East
    Post Office Box 273
    Charleston, West Virginia 25321-0273
    amacia@spilmanlaw.com
    Co-Counsel for Statoil North America, Inc., Statoil Energy, Inc., and Statoil Energy Holdings, Inc.

    John H. Tinney
    The Tinney Law Firm
    Post Office Box 3752
    Charleston, West Virginia 25337-3752
    johntinney@tinneylawfirm.com
    Co-Counsel for Statoil North America, Inc., Statoil Energy, Inc., and Statoil Energy Holdings, Inc.

    J. David Bolen
    Marc E. Williams
    Huddleston Bolen LLP
    611 Third Avenue
    Post Office Box 2185
    Huntington, West Virginia 25722-2185
    jbolen@huddlestonbolen.com
    mwilliams@huddlestonbolen.com
    Counsel for Defendant, Ashland Oil, Inc.

>Michael W. Carey
>Robert E. Douglas
>Carey, Scott & Douglas, PLLC
>707 Virginia Street, East, Suite 901
>Charleston, West Virginia  25301
>mwcarey@csdlawfirm.com
>redouglas@citynet.net
>Co-Counsel for Plaintiffs
>
>Thomas W. Pettit
>Thomas W. Pettit, L.C.
>945 Main Street
>Post Office Box 189
>Barboursville, West Virginia  25504
>twpettit@myexcel.com
>Co-Counsel for Plaintiffs
>
>Scott S. Segal
>Mark R. Staun
>The Segal Law Firm
>810 Kanawha Boulevard, East
>Charleston, West Virginia  25301
>scott.segal@segal-law.com
>mark.staun@segal-law.com
>Co-Counsel for Plaintiffs
>
>David J. Romano
>Romano Law Office
>363 Washington Avenue
>Clarksburg, West Virginia  26301
>romanolaw@wvdsl.net
>Co-Counsel for Plaintiffs

I also hereby certify that on June 8, 2007, I mailed the foregoing "Plaintiffs' Motion for Enlargement of Page Limit for Response in Opposition to Defendant Equitable Resources, Inc.'s Motion to Dismiss" by First Class mail via the United States Postal Service to the following non-CM/ECF participants:

>Natalie Chetlin Moritz
>W. Thomas McGough, Jr.
>Reed Smith
>Post Office Box 2009
>Pittsburgh, Pennsylvania  15230-2009
>Counsel for Defendants, Equitable Production Company and Equitable Resources, Inc.

6

William M. Herlihy
Spilman, Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Post Office Box 273
Charleston, West Virginia  25321-0273
Counsel for Defendants, Statoil North America, Inc., Statoil Energy, Inc., and Statoil Energy Holdings, Inc.

James A. Orr
Sutherland Asbill & Brennan, LLP
999 Peachtree Street, N.E.
Atlanta, Georgia  30309-3996
Counsel for Defendants, Statoil North America, Inc., Statoil Energy, Inc., and Statoil Energy Holdings, Inc.

Matthew O. Gatewood
Carter L. Williams
Sutherland Asbill & Brennan
1275 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2415
Counsel for Defendants, Statoil North America, Inc., Statoil Energy, Inc., and Statoil Energy Holdings, Inc.

George M. Scott
Carey, Scott & Douglas, PLLC
Post Office Box 230
Spencer, West Virginia 25276
Co-Counsel for Plaintiffs

/s/Marvin W. Masters
West Virginia State Bar No. 2359
The Masters Law Firm lc
181 Summers Street
Charleston, WV  25301
Telephone:  (304) 342-3106
Facsimile:  (304) 342-3189
mwm@themasterslawfirm.com