# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**THE KAY COMPANY, LLC, et al.,**

     **Plaintiffs,**

**v.**                                              **CIVIL ACTION NO. 2:06-0612**
                                                    **Honorable Joseph R. Goodwin**

**EQUITABLE PRODUCTION COMPANY, a
qualified Pennsylvania corporation;
EQUITABLE RESOURCES, INC., a
Pennsylvania corporation; STATOIL NORTH
AMERICA, INC., a Delaware corporation;
STATOIL ENERGY, INC., a Virginia
corporation; STATOIL ENERGY HOLDINGS,
INC., a Delaware corporation; and ASHLAND
OIL, INC., a Kentucky corporation,**

     **Defendants.**

## NOTICE OF DISMISSAL
## OF THE STATOIL DEFENDANTS WITHOUT PREJUDICE

Plaintiffs, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), dismiss defendants Statoil North America, Inc., Statoil Energy, Inc., and Statoil Energy Holdings, Inc. ("the Statoil defendants"), from this action without prejudice.  None of the Statoil defendants has served an answer or motion for summary judgment.  This dismissal solely applies to defendants Statoil North America, Inc., Statoil Energy, Inc., and Statoil Energy Holdings, Inc.; all other defendants remain parties to the case.

Dated:  June 8, 2007                    Respectfully submitted,

                                        /s/Marvin W. Masters
                                        West Virginia State Bar #2359
                                        THE MASTERS LAW FIRM
                                        181 Summers Street
                                        Charleston, West Virginia  25301
                                        (304) 342-3106

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**THE KAY COMPANY, LLC,
ET AL.,**

        **Plaintiffs,**

**v.**                                                          **Case No. 2:06-0612
Honorable Joseph R. Goodwin**

**EQUITABLE PRODUCTION
COMPANY, ET AL.,**

        **Defendants.**

## <u>CERTIFICATE OF SERVICE</u>

I, Alexander Macia, hereby certify that on this 8th day of June, 2007, I electronically filed Plaintiffs' "Notice of Dismissal of the Statoil Defendants Without Prejudice" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

        ***Counsel for Plaintiffs:***

        Marvin W. Masters, Esquire
        Masters & Taylor, L.C.
        181 Summers Street
        Charleston, WV  25301

        Scott S. Segal, Esquire
        Mark R. Staun, Esquire
        The Segal Law Firm
        810 Kanawha Boulevard, E.
        Charleston, WV 25301

Michael W. Carey, Esquire
Robert E. Douglas, Esquire
Carey Scott & Douglas, PLLC
707 Virginia Street, East, Suite 901
Charleston, WV  25301

George M. Scott, Esquire
Carey Scott & Douglas
P. O. Box 230
Spencer, WV  25276

Thomas W. Pettit, Esquire
THOMAS W. PETTIT, L.C.
Post Office Box 189
Barboursville, WV  25504

David J. Romano, Esquire
ROMANO LAW OFFICE
363 Washington Avenue
Clarksburg, WV  26301

        * * *

Richard L. Gottlieb, Esquire
Joseph A. Tarantelli, Esquire
Lewis Glasser Casey & Rollins PLLC
300 Summers Street, Ste. 700 (25301)
P. O. Box 1746
Charleston, WV 25326
***Counsel for the Equitable Production Company***

W. Thomas McGough, Jr., Esquire
Natalie Chetlin Moritz, Esquire
Reed Smith
435 6th Avenue (15219)
P. O. Box 2009
Pittsburgh, PA  15230-2009
***Counsel for the Equitable Production Company***

J. David Bolen, Esquire
Marc E. Williams, Esquire
Huddleston Bolen LLP
P. O. Box 2185
611 Third Avenue (25701)
Huntington, WV  25722-2185
***Counsel for Defendant Ashland Oil, Inc.***

Notices are being sent to certain of these attorneys, who are not receiving a copy through the CM/ECF system, via United States First Class Mail, postage prepaid.

/s/ Alexander  Macia
Alexander Macia