**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

THE KAY COMPANY, et al.,

            Plaintiffs,

v.                                    CIVIL ACTION NO.  2:06-cv-00612

EQUITABLE PRODUCTION CO.,

            Defendant.

**MEMORANDUM OPINION & ORDER**

Pending before the court is Class Counsel's Motion for Award of Attorney Fees, Incentive Awards for Class Representatives, and Reimbursement of Expenses [Docket 215].  Class Counsel Marvin Masters declares that "[b]ased upon written representations . . . by all class counsel, class counsel and their firms expended 4,735.70 hours of time by attorneys and support personnel over a period from 2005 to the present."  (Mot. Attorney Fees, Ex. A ¶ 6.)  Masters also declares that "the administration of this case will likely require an additional 1,200 hours of time."  (*Id.*)  Class Counsel further notes that "[a]ffidavits of hours, rates, and expenses will be provided to the Court if requested."  (Mot. Attorney Fees 8 n.6.)

In the past I have awarded class action attorney fees as a percentage of the settlement amount, using the lodestar method as a cross-check.  *Jones v. Dominion Res. Servs., Inc.*, 601 F. Supp.2d 756 (S.D W. Va. 2009).  In order to apply the cross-check most effectively, the court **ORDERS** Class Counsel to submit more detailed affidavits of hours, rates, and expenses.  A more detailed record will assist in my determination of a "reasonable" award.  *See* Fed. R. Civ. P. 23(h).

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:      May 17, 2010

Joseph R. Goodwin, Chief Judge